UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MONISE ETIENNE,**

      **Plaintiff,**

**V.**                                              **Case No:  2:11-cv-514-FtM-99SPC**

**WALGREEN CO.,**

      **Defendant.**

_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation submitted by United States Magistrate Judge Sheri Polster Chappell on April 13, 2012 (Doc. 26).  In the Report and Recommendation, Judge Chappell recommends that Plaintiff Monise Etienne's Motion to Remand (Doc. 11) be denied.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

This Court agrees with the Magistrate Judge's finding that Defendant's removal under federal question subject matter jurisdiction was timely filed within thirty (30) days of Defendant discovering that the action was removable under 42. U.S.C. §1331.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Monise Etienne's Motion to Remand (Doc. 11) is **DENIED.**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 1, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties